IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE LYNN SWICK, | : | Civil No. 3:18-CV-0546 |
| Petitioner, | : | |
| v. | : | |
| SUPT. LONNIE OLIVER, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 14th day of July, 2020, upon consideration of Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, *see* Doc. 1, **IT IS ORDERED THAT**:

1. The Commonwealth of Pennsylvania and the Pennsylvania Attorney General are **DISMISSED** as improperly named respondents.

2. The petition (Doc. 1) for writ of habeas corpus filed under 28 U.S.C. § 2254 is **DISMISSED** as time-barred.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court shall **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania